386 So.2d 549 (1980)
STATE of Florida, Petitioner,
v.
Francis BROWN, Respondent.
No. 57234.
Supreme Court of Florida.
July 24, 1980.
Jim Smith, Atty. Gen., and Michael A. Palecki, Asst. Atty. Gen., Tampa, for petitioner.
Robert E. Jagger, Public Defender, and Richard M. Robbins, Asst. Public Defender, Clearwater, for respondent.
PER CURIAM.
Affirmed. See Sambrine v. State, 386 So.2d 546 (Fla. 1980).
SUNDBERG, C.J., and ADKINS, BOYD, OVERTON and ALDERMAN, JJ., concur.